1  DENNIS J. RHODES  (SBN 168417)
   dennis.rhodes@wilsonelser.com
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Plaintiffs
6  THRIVENT FINANCIAL FOR LUTHERANS
   and THRIVENT INVESTMENT MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS and THRIVENT INVESTMENT MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHAREN KERLIN, MATTHEW KERLIN AND JESSICA VAN LITH, <br><br> Defendants. | Civil No. 17-CV-01073-LJO-JLT <br><br> **JUDGMENT** |

The Stipulation for Judgment submitted by Plaintiffs THRIVENT FINANCIAL FOR LUTHERANS and THRIVENT INVESTMENT MANAGEMENT, INC. (hereinafter "Thrivent" or "Plaintiffs") by and through their counsel of record, and defendants SHAREN KERLIN, MATTHEW KERLIN AND JESSICA VAN LITH, on their own behalves (Thrivent and all defendants collectively referred to hereinafter as "the Parties"), came before this Court in due course for consideration and is hereby **GRANTED.**

**IT IS HEREBY ADJUDGED AND DECREED:**

1. That, this Court has jurisdiction over the Parties and this dispute;

2. That, due to the mutual mistake of the Parties, annuity no. LC461XXXX and annuity no. LC496XXXX[1] are hereby reformed; defendant Sharen Kerlin remains the designated primary beneficiary as that term is defined in the contracts and Internal Revenue Code sections 72(s) and 401(a)(9), as applicable, and defendants Matthew Kerlin and Jessica Van Lith remain secondary beneficiaries;

3. That, on account of the death of Stanley E. Kerlin, Sharen Kerlin is the legal owner of annuity no. LC461XXXX and annuity no. LC496XXXX with all rights attendant thereto including, but not limited to, the right to exercise the Spousal Benefit Option and the rights afforded under Internal Revenue Code sections 72(s) and 401(a)(9);

4. That, defendants Sharen Kerlin, Matthew Kerlin and Jessica Van Lith, as well as their heirs, successors, assigns, agents, and/or representatives shall be permanently enjoined from instituting or prosecuting in any State, or United States, Court any proceeding against Thrivent and/or its successors, executors, administrators, agents, assigns, parent companies, affiliates, subsidiaries, related companies, contractors, officers, directors, employees, successors, attorneys, brokers, arising out of or relating to the sale of the Annuities, the submission of the Beneficiary Designation by Stanley Kerlin, the investigation into of the submission of the Beneficiary Designation, and the processing of the claim for benefits and ownership of the Annuities; and

5. That, all Parties shall bear their own attorneys' fees and costs, if any there be.

IT IS SO ORDERED.

Dated: **September 21, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] As this filing is a matter of public record and in order to protect the confidential financial information, the last four numbers of the annuity accounts have been redacted.